UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                Plaintiff,

    -against-

COX MEDIA GROUP, LLC, WPXI, LLC,
COX MEDIA GROUP TELEVISION, INC.,

                Defendants.

26-cv-0771 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 6, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    April 9, 2026
            New York, New York

                            /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                 Chief United States District Judge